**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

ANTHONY ELLIS,
REG. #22149-076                                                                                                 **PLAINTIFF**

v.                                         2:14CV000094-JM-JTK

ANTHONY HAYNES                                                                       **DEFENDANTS**

## **ORDER**

Plaintiff is a federal inmate incarcerated at the Fort Worth Federal Medical Center. He filed this action, pro se, against Defendant Anthony Haynes, alleging a violation of the Americans with Disabilities Act (ADA) (Doc. No. 2.) By Order dated July 29, 2014, this Court granted Plaintiff's Motion to Proceed in forma pauperis in this action, and provided him the opportunity to submit an Amended Complaint to clarify whether he also intended to file a federal civil rights action and whether he intended to name additional individuals as Defendants (Doc. No. 3). Pursuant to Plaintiff's Motion for Extension of Time, the Court on August 13, 2014, granted him an additional sixty days to submit the Amended Complaint (Doc. No. 5). As of this date, Plaintiff has not submitted an Amended Complaint.

Therefore, the Court will direct the issuance of summons and service of Plaintiff's Complaint on Defendant Haynes with respect to Plaintiff's ADA claim.

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendant Anthony Haynes. The Clerk of the Court shall prepare summons for the Defendant and the United States Marshal shall serve a copy of the Complaint (Doc. No. 2) and summons on Defendant Haynes, the United States Attorney for this district, and the United States Attorney General, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 28th day of October, 2014.

                                                                    JEROME T. KEARNEY
                                                                UNITED STATES MAGISTRATE JUDGE