**Department of Justice** — **Central Office Administrative Remedy Appeal**
**Federal Bureau of Prisons**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: Ellis, Thomas   Reg. No.: 22144-076   Unit: IN-B   Institution: FCC-Low

**Part A—REASON FOR APPEAL**

After reviewing the warden response he show little or no investigation within his concern the fact is the officers did not make no accident report about the accident and they were not suppose to be transported me in a non wheel chair accessible van or car my allegation are true and the C.I. [camera] will prove these fact as I alleged them on November 29, 2012 officers W Baney with officers O'Roberk was in the process of transported me to a outside medical location I am a paraplegic and must use a wheel chair for mobility at all time the fact is that they were not suppose to be lifting me at all they try to lifting me out of my wheel chair and put me in a non wheel chair accessible van and they hit my back on the steps of the non wheel chair accessible van because they could not lift me up high enought to put me in the non wheel chair accessible van so they put me in a non wheel chair accessible car in transported me to the outside medical location I have been have bad back pain everday pain and suffer the C.I. [camera] will prove the true all you have to do is to look at it. I'm Chosin [illegible] relief the two officers be lay off for two weeks without pay.

Date: 5-20-2013   Signature of Requester: [signature]

**Part B—RESPONSE**

[RECEIVED stamp: JUN 04 2013 Administrative Remedy Section Federal Bureau of Prisons]

GOVERNMENT EXHIBIT 3

Date: _____   General Counsel: _____

FIRST COPY: WASHINGTON FILE COPY   CASE NUMBER: 731277

**Part C—RECEIPT**   CASE NUMBER: _____

Return to: _____   Last Name, First, Middle Initial   Reg. No.   Unit   Institution

SUBJECT: _____

Date: _____   Signature of Recipient of Central Office Appeal

BP-231(13) APRIL 1982
USP LVN

12-12-12 wL

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.13, <u>Administrative Remedy Program</u>, (December 22, 1995), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal written complaint. This form shall be used to document your efforts towards informally resolving your grievance.

Inmate=s name: Anthony Ellis           Date: 12-13-2012

Register Number: 22149-076     Unit: W-B

Specific Complaint and Requested Relief: Forrest city AR. failure to comply with the "disabilites Act" on the date of November 29, I was in the process of being transported from this facility to an outside medical location I am a paraplegic and must use a wheel chair for mobility at all time I was being Escorted by officers W.Baney

Efforts by Inmate to Informally Resolve Grievance (be specific):

_____

_____

_____

_____

Counselor=s Comments: _____

_____

_____

_____

_____        _____
Correctional Counselor=s Review Date      Unit Manger=s Review Date

DATE BP- was ISSUED _____

and officers D. Roberts the fact that they were not to suppose to be lifting me at all the attempt were made to put me into a none wheel chair accessible van causing me to hit my back on the steps of the none wheel chair accessible van they could not put me into the none wheel chair accessible van so they put me into a none wheelchair car and transported me to the outside medical location pian suffering to my back they said that the wheel chair van were on a call and that they could not get it I suppose to be transported in a wheelchair accessible van not on a none wheelchair accessible van or car I told peple when I were in the hospital that I were have bad back pian in my back because they try to put me in a none wheel chair accessible van and hit my back on the steps of the van that why I were have bad back pian.

FEDERAL CORRECTIONAL COMPLEX, FORREST CITY, AR
PART B-RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY
(721222-F1)

This is in response to your Request for Administrative Remedy received February 1, 2013, in which you alleged staff failed to comply with the "Disabilities Act" while you were being escorted on a medical trip.

For relief, you request no specific relief.

You stated in your allegation, staff attempted to lift you and place you in a non-wheel chair accessible van causing you to hit your back on the steps on the van.

A review of this matter reveals there is no evidence of medical documentation or witnesses verifying this allegation. The staff members mentioned in your Administrative Remedy denies the allegation you are claiming. Therefore, there is insufficient evidence to support your allegation.

Based on the above, this request is for informational purposes only.

If you are not satisfied with this decision, you may appeal to the Regional Director at Federal Bureau of Prisons, South Central Regional Office, 4211 Cedar Springs Road, Suite 300, Dallas, Texas 75219. Your appeal must be received in the South Central Regional Office within 20 days of this response.

_____    \_\_\_2/26/13_____
Anthony Haynes, Warden            Date