IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTHONY ELLIS,                                                    PLAINTIFF
REG. #22149-076

v.                           2:14CV00094-JM-JTK

ANTHONY HAYNES, et al.                          DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1)      Defendants' Motion for Summary Judgment (Doc. No. 26) is GRANTED.

2)      Plaintiff's complaint is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 5th day of January, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE